[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-10230
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cv-02678-SCJ

CHERI RAU,

Plaintiff – Appellant,

versus

D. C. SCHWEIZER,

Defendant- Appellee,

ANDREW SALIBA,

Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(October 13, 2016)

Before TJOFLAT, MARTIN, and ANDERSON, Circuit Judges.

PER CURIAM:

In this 42 U.S.C. § 1983 action against a police officer, plaintiff claims that the officer procured her false arrest and malicious prosecution in violation of the Fourth and Fourteenth Amendments. The District Court granted the officer summary judgment on the ground of qualified immunity. The plaintiff appeals. We conclude that summary judgment was appropriate for the reasons stated in the District Court's dispositive order of December 22, 2015.

AFFIRMED.